# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 23, 2015

## NO. 03-14-00511-CV

**Mary Blanchard, Appellant**

**v.**

**Grace McNeill, in her Capacity as Successor Trustee and Beneficiary of the Dixie Lee Hudlow Living Trust; Harold McNeill as Beneficiary of the Dixie Lee Hudlow Living Trust; and The Dixie Lee Hudlow Living Trust, Appellees**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order signed by the probate court on July 28, 2014. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.